UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER M. SHAW,<br><br>                                         Plaintiff,<br><br>          v.<br><br>COUNTY OF SAN DIEGO, ALPINE SANITATION DISTRICT, SAN DIEGO FLOOD CONTROL DISTRICT, and DOES 1 THROUGH 100,<br><br>                                         Defendants. | Civil No.    06-CV-2680-IEG (POR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OR INSPECTION OF DOCUMENTS AND OTHER DISCOVERY RESPONSES**<br><br>**[Doc. #31]** |

A discovery conference was scheduled in this matter on September 9, 2008 regarding Plaintiff's Motion to Compel Production or Inspection of Documents and Other Discovery Responses. Said discovery dispute was submitted on the papers.

Plaintiff moves the Court to compel Defendants to: (A) sign and return "Plaintiff's Amended Request for Admissions, Set One, to Defendants County of San Diego, Alpine Sanitation District, San Diego Floor Control District and Defendants' Amended Responses Thereto"; (B) produce the complete records in Defendants' possession and control related to this action; and (C) submit amended responses to "Plaintiff's Request for Admissions, Set Two, and Special Interrogatories, Set Two." After careful review of the parties' filings, the Court hereby DENIES Plaintiff's motion.

**A.      Amended Requests for Admission**

Plaintiff seeks signed amended requests for admission from Defendants following a meet and confer on April 25, 2008.  Defendants have since provided Plaintiff with these documents on August

20, 2008.  As such, this request is moot and the Court hereby DENIES Plaintiff's request.

**B.**     **Production of Documents**

Plaintiff contends Defendants have failed to produce all documents related to this matter. Specifically, Plaintiff seeks production of the following documents: (1) documents in purported possession of Defendants allegedly showing Defendants' intention to pay Plaintiff $360,000 for an easement and (2) documents in purported possession of Defendants relating to the grant deed and ownership of Plaintiff's property. Plaintiff alleges there are approximately twenty boxes holding such documents. Defendants response is that they have not yet been served with a Request for Production.

Under the Federal Rules of Civil Procedure, any party may serve on any other party a request to produce and permit the party making the request, or someone acting on the requestor's behalf, to inspect and copy, any designated documents, or to inspect and copy, test, or sample any tangible things which constitute or contain matters within the provision of the Rules governing the scope of discovery and which are in the possession, custody or control of the party upon whom the request is served.  See Fed. R. Civ. P. 34.  A party seeking discovery may move for an order compelling production provided the party submitted a request under Rule 34 of the Federal Rules of Civil Procedure.  See Fed. R. Civ. P. 37(a)(3)(iv).

To the extent Plaintiff seeks the documents identified, he shall submit a Request for Production to Defendants.  The Court hereby DENIES Plaintiff's request for production of documents without prejudice.

**C.**     **Amended Responses**

Plaintiff seeks amended responses to "Plaintiff's Request for Admissions, Set Two, and Special Interrogatories, Set Two."  Defendants contend, and Plaintiff admits, that the parties have not met and conferred regarding this discovery dispute.

Per Local Rule 26.1, the Court shall entertain no motion pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure unless counsel have previously met and conferred concerning the disputed issue.  Moreover, Rule 37(a)(1) provides that a party may move for an order compelling discovery provided the movant certify that he has in good faith conferred or attempted to confer with

1   the person or party failing to make discovery.

2          Based thereon, the Court hereby DENIES Plaintiff's request.

3          **IT IS SO ORDERED**.

4   DATED:   October 9, 2008

5                                                  _____

6                                                  LOUISA S PORTER
                                                   United States Magistrate Judge
7

8   cc:          The Honorable Irma E. Gonzalez
                 all parties
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

06cv2680